UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*FILED ELECTRONICALLY*

| | |
|---|---|
| MARCIA HOUSTON | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 3:18-cv-00771-RGJ |
| CIGNA GROUP INSURANCE aka LIFE INSURANCE COMPANY OF NORTH AMERICA | ) ) |
| | ) |
| DEFENDANT | ) |
| | ) |
| | ) |

**AGREED ORDER OF DISMISSAL**

Plaintiff, Marcia Houston, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs.

AGREED TO:

| | |
|---|---|
| /s/Robert A. Florio (by DAC with permission) | /s/David A. Calhoun |
| Robert A. Florio | David A. Calhoun |
| 1500 Story Avenue | Mitzi Wyrick |
| Louisville, KY 40206 | WYATT, TARRANT & COMBS, LLP |
| **Attorney for Plaintiff** | 500 West Jefferson Street, suite 2800 |
| | Louisville, Kentucky 40202-2898 |
| | dcalhoun@wyattfirm.com |
| | mitziwyrick@wyattfirm.com |
| | ***Counsel for Defendant, Life Insurance Company of North America*** |

61841166.1